BEFORE THE SECOND DIVISION, OCTOBER 10, 1938

**No. 39553.**—Protests 256085–G, etc., of Kantor & Montague et al. (New York).

Opinion by TILSON, J. From the records it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39554.**—Protests 308309–G of Rolland Frères, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 37230 articles in chief value of cellulose filaments were held dutiable at 60 percent under paragraph 31. Embroidered articles the same as those passed upon in *United States* v. *Smith* (12 Ct. Cust. Appls. 384, T. D. 40544) and *Pustet* v. *United States* (13 id. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430.

**No. 39555.**—Protests 212252–G, etc., of Crown Veiling Co. et al. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39556.**—Protest 315663–G of G. Hirsch Sons, Inc. (New York).

Opinion by TILSON, J. It appeared that the merchandise consists of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39557.**—Protests 244639–G, etc., of Franklin Simon & Co. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of articles in chief value of artificial silk similar to that involved in Abstract 30615. As to these the claim as articles in chief value of compounds of cellulose at 60 percent under paragraph 31 was sustained. Artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419. Outerwear in chief value of wool similar to that involved in Abstract 36548 was held dutiable at the appropriate rate under paragraph 1114.